1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10
11   ALFREDO SALAZAR, JR.,              )   NO. EDCV 07-00565-MAN
                                        )
12                      Plaintiff,      )
          v.                            )   JUDGMENT
13                                      )
                                        )
14   MICHAEL J. ASTRUE,                 )
     Commissioner of the               )
15   Social Security Administration,    )
                                        )
16                      Defendant.      )
     _____)
17
18
19        Pursuant to the Court's Memorandum Opinion and Order,

20
21        IT IS ADJUDGED that the decision of the Commissioner of the Social

22   Security Administration is affirmed, Judgment is entered in favor of

23   Defendant, and this case is dismissed with prejudice.

24
25   DATED: September 23, 2008

26                                     _____
                                                    /s/
27                                           MARGARET A. NAGLE
                                       UNITED STATES MAGISTRATE JUDGE
28